# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:20-CV-384

|  |  |
|---|---|
| MELVIN MCCOY JERMAN, | ) |
|  | ) |
| Plaintiff | ) |
|  | ) |
| v. | ) |
|  | ) |
| AT&T CORP., | ) |
|  | ) |
| Defendant. | ) |
|  | ) |
|  | ) |
|  | ) |

**THIS MATTER** is before the Court on Defendant's Motion to Strike Plaintiff's Motion for Summary Judgment. (Doc. No. 16). For the reasons stated in Defendant's memorandum in support, the Court **GRANTS** the motion to strike, without prejudice to Plaintiff's right to re-file the motion for summary judgment, in compliance with this Court's local rules and after the parties have conducted discovery pursuant to a scheduling order, which has not yet been issued in this case.

**IT IS SO ORDERED.**

Signed: March 12, 2021

Max O. Cogburn Jr
United States District Judge