IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00384-MOC-DSC

| | |
|---|---|
| MELVIN MCCOY JERMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| AT&T CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on pro se Plaintiff's "Motion to Compel" (document #27) as well as the parties' briefs and exhibits.

Plaintiff seeks an order compelling Defendant to further supplement its responses to his written discovery requests. Plaintiff represents:

> The answers provided to the Interrogatories are inadequate, the phone logs requested in the Plaintiff's Request for Production are heavily redacted to the point of being inadequate, requests for emails concerning the matter at hand were also not provided, and in full, the Defendant has failed to adequately respond to the Plaintiff's First Set of Interrogatories and Production.

Document #27 at 3. This generalized showing is insufficient. For this reason, and the other reasons stated in section II.B. of Defendant's brief (document #30), the Motion is denied.

The Clerk is directed to send copies of this Order to pro se Plaintiff, to defense counsel, and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: February 15, 2022

_____
David S. Cayer
United States Magistrate Judge